1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11                                          )
   MANGO WATTS,                             )        1: 03 CV F- 5365 OWW DLB P
12                                          )
                  Plaintiff,                )
13                                          )        ORDER DENYING DEFENDANTS'
          v.                                )        REQUEST FOR SECOND
14                                          )        EXTENSION OF SCHEDULING
   DIRECTOR OF CORRECTIONS, et al.,         )        ORDER
15                                          )        Document #40
                  Defendants.               )
16 _____)        ORDER DIRECTING DEFENDANT'S
                                                     TO PROVIDE RESPONSE TO
17                                                   PLAINTIFF'S MOTION FOR
                                                     PRELIMINARY INJUNCTION FOR
18                                                   TEMPORARY RESTRAINING
                                                     ORDER
19

20          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

21   pursuant to 42 U.S.C. section 1983.  Plaintiff alleges that the California Department of Correction's

22   hair length grooming standards, Cal. Code Regs. Tit. 15, § 3062, violate the Free Exercise of

23   Religion Clause of the First and Fourteenth Amendments of the United States Constitution, the

24   Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc *et. seq.*, and

25   the Equal Protection Clause of the Fourteenth Amendment.

26          On January 28, 2005, the Court granted Defendants' request for an extension of the

27   Scheduling Order based on the United States Supreme Court's granting a petition for writ of

28   certiorari in *Cutler v. Wilkinson*, 125 S.Ct 308 (October 12, 2004), to resolve a conflict between the

1   Ninth Circuit and the Sixth Circuit regarding the constitutionality of RLUIPA.  Defendants have

2   requested a second extension based on the unsettled nature of the law.  However, on May 31, 2005,

3   the Supreme Court issued its decision in *Cutler v. Wilkinson* finding that Section 3 of RLUIPA, on

4   its face, qualifies as a permissible accommodation that is not barred by the Establishment Clause.

5   Accordingly, good cause no longer exists for a second extension of the scheduling order and

6   Defendants' request is DENIED.  However, in light of the timing of the Supreme Court's decision,

7   the Court will modify the schedule in this case as follows:

8        1.     Defendants are ordered to provide further briefing in support of their opposition to

9               Plaintiff's motion for preliminary injunction in light of *Cutler v. Wilkinson*, within 20

10              days of this Order; Plaintiff may file a reply within 10 days of Defendants'

11              supplemental opposition;

12       2.     The non-dispositive motion filing deadline is extended to July 15, 2005.

13       IT IS SO ORDERED.

14  **Dated:   May 31, 2005**                **/s/ Dennis L. Beck**
    3b142a                     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28