BILL LOCKYER, Attorney General
of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
JOHN W. RICHES II, State Bar No. 206223
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 323-5915
   Fax: (916) 324-5205
Attorneys for Defendants Zuniga, Lewis, Vanderpoel and Alameida
SA2003103594

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANGO WATTS,<br><br>                Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | No. CIV F-03-5365 OWW DLB P<br><br>**PROPOSED ORDER RE: REQUEST FOR EXTENSION OF TIME AND SCHEDULING ORDER DEADLINE** |

**ORDER**

Good cause having been shown, defendants' request for an extension of time to respond to plaintiff's motion for preliminary injunction for a temporary restraining order to July 8, 2005; and defendants' request that the dispositive motion deadline be extended to August 1, 2005, is granted

IT IS SO ORDERED.

**Dated:**   **June 6, 2005**                /s/ **Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE