1  BILL LOCKYER, Attorney General
   of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  JOHN W. RICHES II, State Bar No. 206223
   Deputy Attorney General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 323-5915
8     Fax: (916) 324-5205
   Attorneys for Defendants Zuniga, Lewis,
9  Vanderpoel and Alameida
   SA2003103594

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

FRESNO DIVISION

13

14

15  MANGO WATTS,                           No. CIV F-03-5365 OWW DLB P

16                       Plaintiff,        **ORDER RE: TEMPORARY
                                           RESTRAINING ORDER**
17         v.

18  DEPARTMENT OF CORRECTIONS,
    et al.,
19
                         Defendants.
20

21                                    **ORDER**

22         Plaintiff, proceeding pro se, is a prisoner currently incarcerated by the

23  California Department of Corrections and Rehabilitation (CDCR) at Pleasant Valley State

24  Prison (PVSP), Coalinga, California.  Plaintiff's operative first amended complaint

25  alleges, under 42 U.S.C. § 1983, that CDCR's hair length grooming standards, Cal. Code

26  Regs. tit. 15, § 3062, violate the Free Exercise of Religion Clause of the First and

27  Fourteenth Amendments of the United States Constitution, the Religious Land Use and

28  ///

Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc *et seq.,* and the Equal Protection Clause of the Fourteenth Amendment.  First Amend. Compl. at 2:6-22.

Plaintiff has moved for a temporary restraining order and preliminary injunction directing defendants to refrain from taking disciplinary recourse, and/or threat thereof, against plaintiff for his adherence to his religious convictions as a Rastafarian.

In light of *Warsoldier v. Woodford,* --- F.3d ----, 2005 WL 1792117 (9th Cir. 2005), defendants' counsel has stipulated to the entry of a temporary restraining order limited solely to defendants refraining from enforcing, with respect to plaintiff Mango Watts, CDCR #P-00041, the CDCR grooming standards requirement that male prisoners maintain their hair no longer than three inches in length, Cal. Code Regs. tit. 15, § 3062(e).  The time credits lost as a result of the disciplinary hearing for violation of the grooming standards have been restored.  First Amended Compl. at p. 2:24-26.  Plaintiff is not due to be released until 2011.

NOW THEREFORE, IT IS ORDERED, that, during the pendency of this action, or until further order of this court, defendants shall refrain from enforcing, with respect to plaintiff Mango Watts, CDCR #P-00041, the CDCR grooming standards requirement that male prisoners maintain their hair no longer than three inches in length, Cal. Code Regs. tit. 15, § 3062(e).

Dated:   August 3, 2005                    /s/ OLIVER W. WANGER
                                           United States District Judge