1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MANGO WATTS,<br><br>                              Plaintiff,<br><br>            v.<br><br>DEPARTMENT OF CORRECTIONS,<br>et al.,<br><br>                              Defendants. | No. CIV F-03-5365 OWW DLB P<br><br>**ORDER RE:  EXTENSION OF THE<br>DISPOSITIVE MOTION DEADLINE<br>AND SUPPLEMENTAL BRIEFING RE<br>PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT** |

**ORDER**

Good cause having been shown, defendants' second request for an

extension of the dispositive motion deadline in the above entitled matter, to and including

August 31, 2005, is granted.  In addition, because the Court has issued a Temporary

Restraining Order enjoining defendants from enforcing CDC's grooming standards on

plaintiff during the pendency of this action or until further order and due to the recent

decision by the Ninth Circuit in *Warsoldier v. Woodford, _ F.3d. _* 2005 WL 1792117 (9th

Cir. 2005), the parties are HEREBY GRANTED an extension of time to submit

supplemental briefing on plaintiff's Motion for Preliminary Injunction, if they so desire.

Any supplemental briefing by defendant shall be filed on or before August 31, 2005 and

any supplemental briefing by plaintiff shall be filed on or before October 15, 2005.  The

///

1   Court would entertain a request by either party for an evidentiary hearing on this motion

2   if either party deems it appropriate.

3

4      IT IS SO ORDERED.

5      **Dated:    August 4, 2005**                            **/s/ Dennis L. Beck**
       3c0hj8                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28