CATHERINE CAMPBELL, 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
(559) 498.8140
(559) 221.0268 fax

CAROLYN D. PHILLIPS, 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
(559) 248.9833
(559) 248.9820 fax

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANGO WATTS, | No. CIV-F-03-5365-OWW-DLB P |
| Plaintiff, | ORDER] PERMITTING PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO BE FILED ON OR BEFORE DECEMBER 12, 2005. |
| v. | |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

GOOD CAUSE APPEARING THEREFORE, and pursuant to stipulation of the parties, plaintiff may file a supplemental opposition to defendants' motion for summary judgment to be filed on or before December 12, 2005.

IT IS SO ORDERED.

Dated: __October 31, 2005__          __/s/ Dennis L. Beck__

Order Permitting Plaintiff to File Supplemental Opposition to Defendants' MSJ; *Mango Watts v. CDCR,* Case No. CIV-F-03-5365-OWW-DLB P          1

1  3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE