UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANGO WATTS,                              1:03-cv-05365-OWW-DLB-P

          Plaintiff,            **ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATION** (Doc. 69)

vs.

                                         **ORDER GRANTING IN PART AND
DIRECTOR OF CORRECTIONS,                 DENYING IN PART MOTION FOR
et al.,                                  SUMMARY JUDGMENT** (Doc. 53)

          Defendants.
_____/

    Plaintiff, Mango Watts ("plaintiff"), a state prisoner proceeding in forma pauperis and represented by counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 10, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On August 24, 2006, defendants filed objections to the Magistrate Judge's Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendation to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed August 10, 2006,

8  are ADOPTED IN FULL; and,

9    2.   Defendants' motion for summary judgment, filed August

10  17, 2005, is GRANTED IN PART and DENIED IN PART as follows:

11    a.   Defendants' motion for summary adjudication of

12  plaintiff's First Amendment Claim is GRANTED;

13    b.   Defendants' motion for summary adjudication of

14  plaintiff's Equal Protection claim and RLUIPA claim is DENIED;

15    c.   Defendants' motion for summary adjudication based

16  upon qualified immunity as to plaintiff's claims for damages is

17  GRANTED; and,

18    d.   Because plaintiff's claim for injunctive relief

19  prohibiting defendants from enforcing the grooming standards is

20  MOOT in light of the modification to the grooming regulations,

21  this case shall proceed only on plaintiff's request for an

22  injunction mandating expungement from plaintiff's central file of

23  disciplinary reports relating to non-compliance with the grooming

24  standards.

25  IT IS SO ORDERED.

26  **Dated:     September 16, 2006**          **/s/ Oliver W. Wanger**
    emm0d6                              UNITED STATES DISTRICT JUDGE

27

28