CAROLYN D. PHILLIPS
State Bar No. 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
tel: 559.248.9833 fax: 559.248.9820

CATHERINE CAMPBELL
State Bar No. 65103
Attorney at Law
P.O. Box 4470
Fresno, CA 93744
tel: 559.498-8140 fax 559.221.0268

Attorneys for Petitioner Mango Watts

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANGO WATTS,<br><br>　　　　　Petitioner,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS,<br>et al.,<br><br>　　　　　Respondents._____/ | Case No. CV F 03-5365 –DLB HC<br><br>[CORRECTED]<br>STIPULATION AND ORDER TO EXPUNGE DISCIPLINARY REPORTS FROM MANGO WATTS' CENTRAL FILE |

　　　　IT IS HEREBY STIPULATED by and between the parties by and through their

respective counsel of record, that all disciplinary reports related to grooming

standards rules violations will be expunged forthwith from Mango Watts' central file.

The following rules violations shall be expunged forthwith from Mango Watts' central

Stipulation and Order to Expunge Disciplinary Reports From Mango Watts' Central File; *Watts v. Department of Corrections, et al.*, Case No. CIV F-03-5365 DLB P

1

PDF created with pdfFactory trial version www.pdffactory.com

1  file:  a rules violation which occurred on November 21, 2001; rules violation dated
2  February 24, 2002, Log No. 02-FB- 02-092; and, rules violation dated August 25, 2002,
3  Log No. 02-FB-08-063.
4      Further, as of the date of this stipulation and order, Mr. Watts' classification
5  score shall be computed without regard to these rules violation reports.
6
7  Dated:     October 18, 2006
8         /s/ Carlyn D. Phillips
    Carolyn D. Phillips
9      Attorney for Plaintiff
    MANGO WATTS
10
11
12
   Dated:     October 17, 2006     BILL LOCKYER, Attorney General
13       of the State of California
    JAMES M. HUMES
14       Chief Assistant Attorney General
    FRANCES T. GRUNDER
15       Senior Assistant Attorney General
    DAVID A. CARRASCO
16       Supervising Deputy Attorney General
17
18
    By: /s/ John W. Riches, II
19        JOHN W. RICHES, II
      Deputy Attorney General
20        Attorneys for
      Zuniga, Vanderpoel, Tilton, and
21        Alameda
22
23  Stipulation and Order to Expunge Disciplinary Reports From Mango Watts' Central File; *Watts v. Department of Corrections, et al.*, Case No. CIV F-03-5365 DLB P

2

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

IT IS HEREBY ORDERED, that all disciplinary reports related to grooming standards rules violations will be expunged forthwith from Mango Watts' central file.

The following rules violations shall be expunged forthwith from Mango Watts' central file: a rules violation which occurred on November 21, 2001; rules violation dated February 24, 2002, Log No. 02-FB- 02-092; and, rules violation dated August 25, 2002, Log No. 02-FB-08-063.

Further, as of the date of the stipulation and this order, Mr. Watts' classification score shall be computed without regard to these rules violation reports.

Dated:     10/18/06          /s/ Oliver W. Wanger
                             OLIVER W. WANGER
                             JUDGE OF THE UNITED STATES DISTRICT COURT

Stipulation and Order to Expunge Disciplinary Reports From Mango Watts' Central File; *Watts v. Department of Corrections, et al.*, Case No. CIV F-03-5365 DLB P

3

PDF created with pdfFactory trial version www.pdffactory.com