CATHERINE CAMPBELL, 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
(559) 498.8140
(559) 221.0268 fax

CAROLYN D. PHILLIPS, 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
(559) 248.9833
(559) 248.9820 fax

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANGO WATTS, | No. 1:03 CV 5365 OWW DLB P |
| Plaintiff, | ORDER GRANTING EX-PARTE REQUEST TO CONTINUE FEES MOTION |
| v. | |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE, the Court hereby grants plaintiff's request that plaintiff's motion for attorneys' fees, now set for January 5, 2007, be re-scheduled until January 19, 2007 at 9:00 in Department 9 of the above court.

IT IS SO ORDERED.

Dated: **November 29, 2006**            /s/ **Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE

Order Re-Scheduling Fees Motion; *Mango Watts v. CDCR,*
Case No. CIV-F-03-5365-OWW-DLB P                                              1